**98–84. Rice v. CertainTeed Corp.**
Certified State Law Question, No. 397CV7484. This cause came before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Western Division. Upon consideration of the joint motion of respondent and *amici curiae,* for *amici curiae* American Association of Retired People et al. to present oral argument on behalf of the respondent,

IT IS ORDERED by the court that the motion for *amici curiae* to present oral argument be, and hereby is, granted, and *amici curiae* shall share the time allotted to respondent.

**98–980. State v. Campbell.**
Franklin C.P. No. 97CR042020. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

**98–2316. Elfyin v. Tuscarawas Cty. Health Dept.**
Tuscarawas App. No. 98AP010001. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of court of appeals' decision,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**98–2382. Automated Tracking Sys., Inc. v. Great Am. Ins. Co.**
Summit App. No. 18906. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**98–2449. State v. Issa.**
Hamilton C.P. B9709438. This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

## MISCELLANEOUS DISMISSALS

**98–1736. Hardy v. Country Club Acres, Inc.**
Hancock App. No. 59803. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1910. Van Auken Properties, Inc. v. Tracy.**
Board of Tax Appeals, No. 96–R–1595. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.